## KEYS *against* BEARDSLEY.

*LOUCKS*, for the defendant, moved for judgment as in case of nonsuit, for not proceeding to trial, &c. It appeared that the plaintiff, after giving notice of trial at the last circuit, countermanded the notice.

*T'alcot*, for the plaintiff, offered to stipulate; and the question was, whether the defendant was not entitled to costs, for preparing for trial, after the notice and before the countermand. He cited *Jackson* v. *Mann*, 1 *Caines Rep.* 123.

*Per Curiam.* The plaintiff may stipulate; but he must pay to the defendant his costs, if any have arisen between the time of receiving the notice of trial and the countermand.

*If a plaintiff, after giving notice of trial, countermands it, he must pay to the defendant the costs incurred by him between the time of receiving the notice and the countermand.*